# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| MUMA SERVICES, INC., et al.,[1] | ) Case Nos. 01-926 (MFW) through 01-932 (MFW) and 01-935 (MFW) through 01-950 (MFW) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related Docket No. 4687** |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $37,929.50 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

Dated: _Jan. 28_, 2015
Wilmington, DE

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

---

[1] The Chapter 7 Debtors are the following entities: MUMA Services, Inc. (f/k/a Murphy Marine Services, Inc.), THG Liquidation, Inc. (f/k/a The Holt Group, Inc.), BHS Liquidation, Inc. (f/k/a B.H. Sobelman & Co., Inc.), Borinquen Liquidation, Inc. (f/k/a Borinquen Maintenance, Inc.), BEL Liquidation Corp. (f/k/a Broadway Equipment Leasing Corp.), CRT Liquidation, Inc. (f/k/a C.R.T., Inc.), DIFC Liquidation, Inc. (f/k/a Dockside International Fish Co.), HCS Liquidation, Inc. (f/k/a Holt Cargo Systems, Inc.), HHAWS Liquidation, Inc. (f/k/a Holt Hauling & Warehousing Systems, Inc.), NPS Liquidation, Inc. (f/k/a New Port Stevedores, Inc. f/k/a S.J.I.T., Inc.), NPRHC Liquidation, Inc. (f/k/a NPR Holding Corporation), NPR Liquidation, Inc. (f/k/a NPR, Inc.), NPR-NAV Liquidation, Inc. (f/k/a NPR-Navieras Receivables, Inc.), NPR-S.A. Liquidation, Inc. (f/k/a NPR S.A., Inc.), OAE Liquidation, Inc. (f/k/a Oregon Avenue Enterprises, Incorporated), PAW Liquidation, Corp. (f/k/a Pattison Avenue Warehousing Corp.), RDC Liquidation, Inc. (f/k/a Refrigerated Distribution Center, Inc.), RE Liquidation, Inc. (f/k/a Refrigerated Enterprises, Inc.), TRD Liquidation, Inc. (f/k/a The Riverfront Development Corporation), SJT Shell, Inc. (f/k/a SJT Liquidating Co. f/k/a San Juan International Terminals, Inc.), 7PA Liquidation, Inc. (f/k/a 777 Pattison Ave., Inc.), TSI Liquidation, Inc. (f/k/a Triple Seven Ice, Inc.), and WS Liquidation, Inc. (f/k/a Wilmington Stevedores, Inc.).

ME1 19705468v.1