# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 01-00926-MFW |
| Muma Services, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Segundo H. & Maria E. Realpe, claimant, claimant, hereby petitions the Court for $7,609.00, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Realpe Transport Inc., creditor. A dividend check in the amount totaling $7,609.00 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

A dividend check was not collected by the creditor, Realpe Transport, Inc. Realpe Transport, Inc. is no longer an active corporation. Segundo H. Realpe and Maria E. Realpe were the sole officers for Realpe Transport, Inc. (Exhibit A). Exhibit A also provides proof of address. Segundo H. & Maria E. Realpe, successor in interest to Realpe Transport, Inc.'s current address is below:

The creditor's current mailing address, phone and social security/tax identification number are:

Segundo H. & Maria E. Realpe,
Successor in Interest to Realpe Transport, Inc.
1430 Lindsey Crossing Dr.
Jacksonville, FL 32218-8087
Last four digits of SSN/TIN: xxx-xx-3908

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $7,609.00 made payable to Segundo H. & Maria E. Realpe c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: January 13, 2015   Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Segundo H. & Maria E. Realpe

35308 SE Center St
Snoqualmie, WA 98065-9216
(425) 836-5728

On __1/13/2015__ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
[Seal]   for the State of Washington, County of King
My Commission Expires: August 9, 2015

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 01-00926-MFW |
| Muma Services, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on January 13, 2015, I served the within Application for the Recovery of Unclaimed Funds to the US Attorney and US Trustee listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

>U.S. Attorney's Office
>1201 Market Street, Ste 1100
>PO Box 2046
>Wilmington, DE 19899-2046
>
>US Trustee's Office
>844 King Street, Suite 2207
>Wilmington, DE 19801

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: January 13, 2015      Respectfully Submitted:

> Brian J. Dilks, Managing Member
> Dilks & Knopik, LLC, Attorney in Fact for
> Segundo H. & Maria E. Realpe
> 35308 SE Center St
> Snoqualmie, WA 98065-9216
> (425) 836-5728

On 1/13/2015 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

> Andrew T. Drake, Notary Public
> for the State of Washington, County of King
> My Commission Expires: August 9, 2015

[Seal]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: Muma Services, Inc.

Debtor(s)

Case: 01-00926-MFW

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Segundo H. & Maria E. Realpe, successors in interest to Realpe Transport, Inc.** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$7,609.00** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____
Segundo H. Realpe

_____
Maria E. Realpe

____1-7____, 20_15_
Date

____1-9____, 20_15_
Date

### ACKNOWLEDGMENT

STATE OF _Florida_ )         COUNTY OF _____ )

On this _____ day of _____, _____, before me, the undersigned Notary Public in and for the said County and State, personally appeared Segundo H. & Maria E. Realpe known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that they did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC _____
Residing at _Jacksonville, FL 32208_
My Commission expires _June 27, 2015_

PROSPERO BAUTISTA
Notary Public - State of Florida
My Comm. Expires Jun 27, 2015
Commission # EE 106817
Bonded Through National Notary Assn.





# 2002 UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # P94000011413

1. Entity Name
REALPE TRANSPORT, INC.

Principal Place of Business
11650 CAMDEN RD
JACKSONVILLE FL 32226

Mailing Address
P.O. BOX 28543
JACKSONVILLE FL 32226

FILED
Feb 25, 2002 8:00 am
Secretary of State
02-25-2002 90066 029 ***150.00

2. Principal Place of Business
Suite, Apt. #, etc.
City & State
Zip     Country

3. Mailing Address
Suite, Apt. #, etc.
City & State
Zip     Country

DO NOT WRITE IN THIS SPACE

4. FEI Number 59-3231347   Applied For / Not Applicable
5. Certificate of Status Desired ☐   $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent
REALPE, SEGUNDO H
957 DOSHIRE DR
ORANGE PARK FL 32065

7. Name and Address of New Registered Agent
Name
Street Address (P.O. Box Number is Not Acceptable)
City     FL     Zip Code

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____
Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating)   DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

FILE NOW!!! FEE IS $150.00
After May 1, 2002 Fee will be $550.00
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐   $5.00 May Be Added to Fees

11. OFFICERS AND DIRECTORS
12. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11

| TITLE | PTD | ☑ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | REALPE, SEGUNDO H | | NAME | | |
| STREET ADDRESS | 957 DOSHIRE DR | | STREET ADDRESS | | |
| CITY-ST-ZIP | ORANGE PARK FL 32065 | | CITY-ST-ZIP | | |

| TITLE | VP | ☑ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | BEALPE, MARIA ELENA | | NAME | | |
| STREET ADDRESS | 957 DOSHIRE DRIVE | | STREET ADDRESS | | |
| CITY-ST-ZIP | ORANGE PARK FL | | CITY-ST-ZIP | | |

| TITLE | PTD | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | REALPE, SEGUNDO H | | NAME | | |
| STREET ADDRESS | 11650 CAMDEN RD | | STREET ADDRESS | | |
| CITY-ST-ZIP | JACKSONVILLE FL 32226 | | CITY-ST-ZIP | | |

| TITLE | VP | ☐ Delete | TITLE | | ☐ Change ☐ Addition |
| NAME | REALPE, MARIA E | | NAME | | |
| STREET ADDRESS | 11650 CAMDEN RD | | STREET ADDRESS | | |
| CITY-ST-ZIP | JACKSONVILLE FL 32226 | | CITY-ST-ZIP | | |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or Block 12 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: _____signature_____   02-11-02
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

Exhibit A   Proof of Address   Page 1 of 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

IN RE:                                              CHAPTER 7

**MUMA SERVICES, INC.**
                                                    CASE NO. **01-00926-MFW**
Debtor(s)

### APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

CHARLES A. STANZIALE, Chapter 7 Trustee, respectfully represents as follows:

1. The Debtor's Chapter 11 case was filed on March 21, 2001.

2. The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on July 25, 2002.

3. I was appointed Chapter 7 Bankruptcy Trustee on July 26, 2002.

4. The following Creditors' disbursements were made and returned as undeliverable. The Trustee has exhausted every method of locating said creditors and has been unsuccessful in locating a successor to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 20398 | CVF Vendor Financing<br>700 East Gate Drive<br>Mount Laurel, NJ 08054-3803 | CVF-1 | 693.12 |
| 20406 | Sea Star Line LLC<br>10550 Deerwood Park Blvd., Suite 509<br>JacksonvillE, FL 32256 | 557 -1 | 34.97 |
| 20416 | Inter-American Protection Agency, Inc.<br>PO Box 783<br>Bayamon, PR 00960 | 1795 -1 | 4,777.08 |
| 20420 | Plaza Provisions Co.& Fire-Man's Fund<br>Magee Bigham Englar Jones & Houston, 40 Wall St.<br>New York, NY 10005 | 1824 -1 | 2,533.99 |
| 20431 | Cummins De Puerto Rico, Inc.<br>Calle 1 G1, Urb Industrial INC, Barrio Palmas<br>Catallo, PR 00962 | 2052 -1 | 1,119.23 |
| 20432 | Hale Intermodal<br>4515 North Point Blvd<br>Baltimore, MD 21219 | 2053 -1 | 2,407.47 |
| 20434 | Bay Refractory Company Inc.<br>Sobe Capital, 725 North Highway A1A, | 2057 -1 | 1,987.99 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| | Suite C-115<br>Jupiter, FL 33477 | | |
| 20442 | Ocean Safety & Supply Inc.<br>Ciardi, Ciardi & Astin, P.C.,<br>One Commerce Sq., 2005 Market St. Ste 1930<br>Philadelphia, PA 19103 | 2100-1 | 265.22 |
| 20448 | Independent Marine Suveyors<br>277 Ferry St., PO Box 5099<br>Newark, NJ 07105-9998 | 2152-1 | 2,501.68 |
| 20453 | Mason Diesel Powered Products<br>157 Delsea Drive<br>Hurffville, NJ 08080 | 2217-1 | 226.20 |
| 20455 | Containercare International Inc.<br>500 Mayo Shell Road<br>Galena Park, TX 77547 | 2230-1 | 214.87 |
| 20458 | Realpe Transport Inc.<br>11650 Camden Road, PO Box 28543<br>Jacksonville, FL 32226 | 2241--1 | 6,443.34 ← |
| 20466 | Xpect/American First Aid<br>c/o Cintas First Aid & Safety, 45 - A Milton Dr.<br>Aston, PA 19014 | 2935-1 | 100.02 |
| 20473 | State of Louisiana, Dept of Revenue<br>Bankruptcy Department, PO Box 66658<br>Baton Rouge, LA 70896-6658 | 2982-1 | 34.83 |
| 20489 | Transportation And Logistics Srvs<br>6 Highland Cross<br>Rutherford, NJ 07070 | 3031-1 | 21.12 |
| 20490 | Transportation And Logistics Srvs<br>6 Highland Cross<br>Rutherford, NJ 07070 | 3032-1 | 21.12 |
| 20491 | Transportation and Logistics Srvs<br>6 Highland Cross<br>Rutherford, NJ 07070 | 3033-1 | 42.23 |
| 20502 | A&S Trailer & Truck Parts Inc<br>Avenida Pinero 1523, Caparra Terrace<br>Rio Piedras, PR 00920 | 3443-1 | 6,907.91 |
| 20503 | A&S Trailer & Truck Parts Inc<br>Avenida Pinero 1523, Caparra Terrace<br>Rio Piedras, PR 00920 | 3444-1 | 927.20 |
| 20543 | Truly Diesel Mechanic<br>Filadelfia G 243 RH<br>Carolina, PR 00987 | D2672--1 | 511.01 |
| 20615 | CVF Vendor Financing<br>700 East Gate Drive | CVF-1 | 125.39 |

| Check # | Creditor | POC # | Check Amount |
| --- | --- | --- | --- |
| | Mount Laurel, NJ 08054-3803 | | |
| 20624 | Sea Safety International<br>10 Wood Ave.<br>Secaucus, NJ 07094 | 572 -1 | 172.60 |
| 20627 | Vision Service Plan<br>PO Box 997105<br>Sacramento, CA 95899 | 942 -1 | 23.43 |
| 20633 | Inter-American Protection Agency, Inc.<br>PO Box 783<br>Bayamon, PR 00960 | 1795 -1 | 864.23 |
| 20637 | Plaza Provisions Co.& Fire-Man's Fund<br>Magee Bigham Englar Jones & Houston,<br>40 Wall St.<br>New York, NY 10005 | 1824 -1 | 458.43 |
| 20648 | Cummins De Puerto Rico, Inc.<br>Calle 1 G1, Urb Industrial INC,<br>Barrio Palmas<br>Catallo, PR 00962 | 2052 -1 | 202.49 |
| 20651 | Bay Refractory Company Inc.<br>Sobe Capital, 725 North Highway A1A,<br>Suite C-115<br>Jupiter, FL 33477 | 2057 -1 | 359.64 |
| 20659 | Ocean Safety & Supply Inc.<br>Ciardi, Ciardi & Astin, P.C.,<br>One Commerce Sq., 2005 Market St., Ste 1930<br>Philadelphia, PA 19103 | 2100 -1 | 47.98 |
| 20663 | Tech Development Corp.<br>1911 W. Reno Street<br>Broken Arrow, OK 74012 | 2118 -1 | 149.84 |
| 20665 | Independent Marine Serveyors<br>277 Ferry St., PO Box 5099<br>Newark, NJ 07105-9998 | 2152 -1 | 452.59 |
| 20670 | Mason Diesel Powered Products<br>157 Delsea Drive<br>Hurffville, NJ 08080 | 2217 -1 | 40.92 |
| 20672 | Containercare International Inc.<br>500 Mayo Shell Road<br>Galena Park, TX 77547 | 2230 -1 | 38.87 |
| 20675 | Realpe Transport Inc.<br>11650 Camden Road, PO Box 28543<br>Jacksonville, FL 32226 | 2241--1 | 1,165.66 |
| 20683 | Xpect/American First Aid<br>C/O Cintas First Aid & Safety, 45 - A Milton Dr.<br>Aston, PA 19014 | 2935 -1 | 18.10 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 20706 | Transportation and Logistics Srvs<br>6 Highland Cross<br>Rutherford, NJ 07070 | 3031-1 | 3.82 |
| 20707 | Transportation and Logistics Srvs<br>6 Highland Cross<br>Rutherford, NJ 07070 | 3032-1 | 3.82 |
| 20708 | Transportation and Logistics Srvs<br>6 Highland Cross<br>Rutherford, NJ 07070 | 3033-1 | 7.64 |
| 20719 | A&S Trailer & Truck Parts Inc<br>Avenida Pinero 1523, Caparra Terrace<br>Rio Piedras, PR 00920 | 3443-1 | 1,249.71 |
| 20720 | A&S Trailer & Truck Parts Inc<br>Avenida Pinero 1523, Caparra Terrace<br>Rio Piedras, PR 00920 | 3444-1 | 167.74 |
| 20760 | Truly Diesel Mechanic<br>Filadelfia G 243 RH<br>Carolina, PR 00987 | D2672--1 | 92.45 |
| 20827 | Caribbean Temporary Service<br>Ponce de Leon Avenue #1431, Suite 701<br>Santurce, PR 00907 | 2203-1 | 475.74 |
| 20832 | Doylestown Electric<br>3683 N. Easton Road<br>Doylestown, PA 18902 | 1898-1 | 18.60 |
| 20833 | Doylestown Electric<br>3683 N. Easton Road<br>Doylestown, PA 18902 | 1899-1 | 19.21 |
|  |  |  | $ 37,929.50 |

5. Such a Balance represents returned funds for which the Trustee requests permission to pay into the Court.

WHEREFORE, CHARLES A. STANZIALE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($37,929.50), be paid to the Clerk for deposit to the Treasury.

Dated: December 30, 2014

/s/ Charles A. Stanziale
CHARLES A. STANZIALE, Chapter 7 Trustee
Four Gateway Center, 100 Mulberry Street
Newark, NJ 07102-4079
(973) 639-7908

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **MUMA SERVICES, INC.** | CASE NO. **01-00926-MFW** |
| Debtor(s) | |

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $37,929.50 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
UNITED STATES BANKRUPTCY JUDGE

Ordered this _____ day of _____, 20_____.

## CERTIFICATE OF SERVICE

      I, CHARLES A. STANZIALE, Chapter 7 Trustee, do hereby certify that on December 30, 2014, I caused a copy of the within motion to be served, via regular, first-class, postage paid, on the following:

The Honorable Mary F. Walrath
United States Bankruptcy Court
824 Market Street, 5th Floor
Wilmington, DE 19801

Office of the United States Trustee
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

David Bird, Clerk of the Court
US Bankruptcy Court
824 Market Street
Wilmington, DE 19801

                                                       */s/ Charles A. Stanziale*
                                                       Charles A. Stanziale
                                                       Chapter 7 Trustee for MUMA Services, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 01-00926-MFW |
| Muma Services, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Realpe Transport Inc., in the amount of $7,609.00 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Segundo H. & Maria E. Realpe C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $7,609.00, to:

Segundo H. & Maria E. Realpe
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065-9216


Dated: _____          _____
                                United States Bankruptcy Judge